AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Nicholas "Nick" Von Keudell

*Defendant*

Case: 1:23-mj-00124
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/9/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nicholas "Nick" Von Keudell,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 06/09/2023

Moxila A. Upadhyaya
2023.06.09 12:41:29 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Moxila A. Upadhyaya
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/9/2023, and the person was arrested on *(date)* 6/15/2023
at *(city and state)* Chicago, IL.

Date: 6/16/2023

*Arresting officer's signature*

SA Ian Ankney
*Printed name and title*