# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 23-MJ-00124-MAU |
| ) | |
| **NICHOLAS VON KEUDELL** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Nicholas Von Keudell


Dated: July 2, 2023                            Respectfully Submitted,

                                                             /s/ William L. Shipley
                                                         William L. Shipley, Jr., Esq.
                                                         PO BOX 745
                                                         Kailua, Hawaii 96734
                                                         Tel: (808) 228-1341
                                                         Email: 808Shipleylaw@gmail.com

                                                         *Attorney for Defendant*